# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Otis-Wisher v. Fletcher Allen Health Care, Inc.    Docket No.: 14-3491

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Carey C. Rose, Esq.

Firm: Affolter Gannon & Rose

Address: 15 Brickyard Road, Essex Junction, VT 05452

Telephone: (802) 878-2797, Ext 246    Fax: (802) 878-6269

E-mail: crose@vermontlawyers.net

Appearance for: Koleen Otis-Wisher / Plaintiff - Appellant
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Michael J. Gannon / Affolter Gannon & Rose )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[✓] I applied for admission on September 30, 2014

Signature of Counsel: /s/ Carey C. Rose, Esq.

Type or Print Name: Carey C. Rose, Esq.