# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Otis-Wisher v. Fletcher Allen Health Care   Docket No.: 14-3491cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Scott M. Noveck

Firm: Mayer Brown LLP

Address: 1999 K Street, N.W.

Telephone: (202) 263-3488   Fax: (202) 263-5388

E-mail: snoveck@mayerbrown.com

Appearance for: Defendants-Appellees Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew Tauber / Mayer Brown LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 7, 2014    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Scott M. Noveck

Type or Print Name: Scott M. Noveck