# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and fourteen.

Before:     Ralph K. Winter,
                    *Circuit Judge*.

_____

Koleen Otis-Wisher,
    Plaintiff-Appellant,

v.                                    **ORDER**
                                                    Docket No. 14-3491

Medtronic, Inc., *et al.*,
    Defendants-Appellees.

Fletcher Allen Health Care, Inc., AKA Fletcher Allen
Health Care,
    Defendants.

_____

    Appellant moves for an extension of time until December 15, 2014 to file a brief, and to set the deadline for Appellees' response brief as February 23, 2015.

    The Court strongly disapproves of counsel's practice of waiting until the last moment (or after the last moment) to file a motion for an extension. See Local Rule 27.1(f). Nevertheless, the Court will GRANT the motion rescheduling Appellant's and Appellees' briefs. However, the appeal is dismissed effective December 15, 2014 unless Appellant's brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                                        For the Court**:**
                                                                        Catherine O'Hagan Wolfe,
                                                                        Clerk of Court

